

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Garrett Martin,                                  * From the County Court at Law No. 2
                                                   of Midland County
                                                   Trial Court No. CC18845.

Vs. No. 11-18-00111-CV                            * April 2, 2020

Fasken Oil and Ranch Ltd.,                       * Memorandum Opinion by Stretcher, J.
                                                   (Panel consists of: Bailey, C.J.,
                                                   Stretcher, J., and Wright, S.C.J.,
                                                   sitting by assignment)
                                                   (Willson, J., not participating)

       This court has inspected the record in this cause and concludes that there is no error in the judgment below. Therefore, in accordance with this court's opinion, the judgment of the trial court is in all things affirmed. The costs incurred by reason of this appeal are taxed against Garrett Martin.